IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIVO, INC., a Delaware corporation, | C-05-80165-MISC  MJJ |
| Plaintiff, | |
| v. | **ORDER** |
| ECHOSTAR COMMUNICATIONS CORPORATION, et al., | |
| Defendants. | |

The Court having considered EchoStar's Motion to Compel Kirk D. Wong to Produce Documents in Response to EchoStar's Subpoena, Wong's Response thereto and EchoStar's Reply and all supporting declarations filed by the parties now enters the following Order.

IT IS ORDERED that EchoStar's Motion to Compel is granted as follows:

1. Mr. Wong shall produce to EchoStar all documents responsive to its Request for Production Nos. 1, 3 and 6 that Mr. Wong has not already produced, including:

   a. Prosecution histories and correspondence with United States and foreign Patent offices relating to any Related Patents and Related Patent applications, as defined in EchoStar's subpoena;

///

///

     b.     Mr. Wong's internal files relating to the Patent-in-Suit, and all related Patents and Applications as defined in EchoStar's subpoena. [1] [2]

**IT IS SO ORDERED.**

Dated: August 17, 2005

                                                          */s/ Martin J. Jenkins*
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Compliance with this Order requires that Mr. Wong disclose all relevant and non-privileged documents up to and including the date of issuance of the 389 Patent ("The Patent in Suit").

[2] Mr. Wong must sufficiently identify the source from which the documents produced originated. The Court grants Mr. Wong up to and including August 31, 2005 to comply with this Order.